IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00881-RPM

K. JUDSON "JUD" BOEDECKER III and
JACKI F. BOEDECKER,

      Plaintiff,

v.

JASON HAVELKA,

      Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [13] filed October 10, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

DATED:   October 11th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge